In the Matter of the Claim of CHRISTINE SAMUELS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Accounting of ETHEL M. SAMUELS, as Executrix of HARRY H. SAMUELS, Deceased, Respondent-Appellant. JOHN MARELLA, Appellant-Respondent.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.